1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        SOUTHERN DISTRICT OF CALIFORNIA

9

10   A.J. OLIVER                                Civil No.   06cv02293 WQH (WMc)

11                          Plaintiff,          **ORDER**

12              v.

13   MONEY TREE, INC. dba MONEYTREE
     CHECK CASHING; AMER KARMO; NIRAN
14   KARMO,

15                          Defendants.

16        The parties have represented to the Court that this matter has settled.  The Early Neutral

17   Evaluation Conference scheduled for January 4, 2007 is **VACATED**.  A <u>telephonic</u> Settlement

18   Disposition Conference will be held on **<u>January 22, 2007, at 9:30 a.m.</u>**  Plaintiff's counsel is

19   ordered to contact opposing counsel and initiate a joint call to the Court at (619) 557-6624.

20        **IT IS SO ORDERED.**

21   DATED: January 3, 2007

22                                       _____

23                                       Hon. William McCurine, Jr.
                                         U.S. Magistrate Judge
24                                       United States District Court

25

26   cc:    HON. WILLIAM Q. HAYES
            ALL PARTIES AND COUNSEL OF RECORD
27

28

                                         - 1 -                        06cv2293 WQH (WMc)