# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>                              Plaintiff,<br>  vs.<br><br>MONEYTREE, INC. d/b/a MONEYTREE CHECK CASHING; AMER KARMO; NIRAN KARMO,<br><br>                            Defendants. | CASE NO. 06CV2293 WQH (WMc)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

      The Joint Motion for Dismissal with prejudice, filed by all parties pursuant to Federal Rule of Civil Procedure 41, is hereby **GRANTED**. The above-styled action shall be **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED.**

DATED: January 23, 2007

                                                        **WILLIAM Q. HAYES**
                                                        United States District Judge